

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00912-CR

William Henry **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRN199 D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 10, 2015.

_____
Rebeca C. Martinez, Justice